Arlester El JONES, Plaintiff–Appellant,

v.

DOLE FOOD COMPANY, INC.; Karol Dewitt, Human Resources Manager, in her official capacity; Tom Lease, Warehouse Manager, in his official capacity; Dole Fresh Vegetables, Inc., Defendants–Appellees.

No. 11–2309.

United States Court of Appeals, Fourth Circuit.

Submitted: May 21, 2012.

Decided: May 30, 2012.

Arlester El Jones, Appellant Pro Se. James Bernard Spears, Jr., Michael Lawrence Wade, Jr., Ogletree, Deakins, Nash, Smoak & Stewart, PC, Charlotte, North Carolina, for Appellees.

Before NIEMEYER, GREGORY, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Arlester El Jones appeals the district court's order granting summary judgment to the Defendants in his civil action. We

have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Jones v. Dole Food Co.,* 827 F.Supp.2d 532 (W.D.N.C.2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*